FILED
CLERK, U.S. DISTRICT COURT
JUN 17 2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Robert Akilian Cox,<br><br>　　　　Defendant. | Case No.: CR 21-180-ODW<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District/Calif for alleged violation(s) of the terms and conditions of (his)/her [probation] [supervised release]; and

　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　The Court finds that:

A.　(✓)　The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on substance abuse, ~~probation violation~~, insufficient bail resources

1  failures to appear for drug testing and therapy

4     and/or

5  B.   (✓)  The defendant has not met his/her burden of establishing by
6        clear and convincing evidence that he/she is not likely to pose
7        a danger to the safety of any other person or the community if
8        released under 18 U.S.C. § 3142(b) or (c).  This finding is based
9        on: allegations of the petition, ongoing substance
10       abuse, ~~prior probation violation~~

14       IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.

17  Dated:  6/17/25                         /s/ Jean Rosenbluth
                                            JEAN ROSENBLUTH
18                                          U.S. MAGISTRATE JUDGE

2